UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ANN B.[1], an Individual,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL[2], Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:18-CV-07069 JFW (ADS)<br><br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, including the parties' Joint Stipulation [Dkt. No. 16], the Report and Recommendation of the assigned United States Magistrate Judge dated November 18, 2019 [Dkt. No. 18] and Plaintiff's Objections to the Report and

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.
[2] On June 17, 2019, Saul became the Commissioner of Social Security. Thus, he is automatically substituted as the defendant under Federal Rule of Civil Procedure 25(d).

-1-

Recommendation filed December 3, 2019 [Dkt. No. 19].  As such, after thorough analysis and consideration, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 18], is accepted;
2. The Administrative Law Judge's decision is affirmed; and
3. Judgment is to be entered accordingly.

Dated:  December 6, 2019

_____
THE HONORABLE JOHN F. WALTER
United States District Judge